FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

07 JUL 12 AM 8:06

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SYLVIA ROSEMAIN

CASE NO.   3:07-cr-169-J-33MCR
Ct. 1:       18 USC § 661

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about May 2006 to in or about December 2006, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Naval Air Station Jacksonville, Florida, in the Middle District of Florida, on land reserved and acquired for the use of the United States and under the concurrent jurisdiction thereof,

SYLVIA ROSEMAIN

the defendant herein, did take and carry away, with intent to steal and purloin, the personal property of another, namely merchandise and other goods belonging to the Navy Exchange, of a value in excess of $1000.00.

In violation of Title 18, United States Code, Section 661.

A TRUE BILL,

_____
Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: _____
CLAY HAHS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SYLVIA ROSEMAIN

## INDICTMENT

Violations:
Ct. 1:    18 U.S.C. § 661

A true bill,

_[signature]_
Foreperson

Filed in open court this 12th day

of July, A.D. 2007.

_[signature]_
Clerk

Bail $ _____

GPO 863 525